# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Loren R. Shirk and Jennifer Rose, individually and as husband and wife,<br><br>       Plaintiffs,<br><br>   v.<br><br>United States of America, on behalf of Department of Interior, Bureau of Indian Affairs,<br><br>       Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CV-09-1786-PHX-NVW |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED, pursuant to the Order filed August 27, 2010, this action is hereby dismissed for lack of subject matter jurisdiction.

August 27, 2010                    RICHARD H. WEARE
                                   District Court Executive/Clerk

                                   s/L. Dixon
                                   By: Deputy Clerk

cc: (all counsel)